AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**GARY TOWNS,**
        Petitioner,

                **JUDGMENT IN A CIVIL CASE**

vs.

                **CASE NO. C2-09-0147**
**FRANKLIN COUNTY COMMON**     **JUDGE EDMUND A. SARGUS, JR.**
**PLEAS COURT,**                   **MAGISTRATE JUDGE MARK R. ABEL**
        Respondent.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Order filed April 9, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 9, 2009                       JAMES BONINI, CLERK

                                    */S/ Andy F. Quisumbing*
                                    (By) Andy F. Quisumbing
                                    Courtroom Deputy Clerk